ACCEPTED
15-25-00033-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/25/2025 10:42 AM
CHRISTOPHER A. PRINE
CLERK

CASE NO. 15-25-00033-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/25/2025 10:42:23 AM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH DISTRICT OF TEXAS AT AUSTIN

EDITH OKECHUKWU OMIETIMI,
*Appellant,*

v.

TEXAS BOARD OF NURSING,
*Appellee.*

## APPELLEE TEXAS BOARD OF NURSING'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

In accordance with Texas Rules of Appellate Procedure 10.5(b) and 38.6(d) Appellee Texas Board of Nursing (BON) respectfully requests a 30-day extension of time to file its Appellee brief. In support of the motion, Appellee BON would show the following:

1.      The deadline for filing Appellee's brief is June 27, 2025.

2. Appellee BON requests a 30-day extension from the current deadline to file Appellee's brief. If granted, this extension would cause Appellee's brief to be due on July 28, 2025.

3. Counsel for Appellee BON requires an extension due to competing deadlines. Counsel for Appellant Omietimi does not oppose the requested extension.

4. No previous motions for extension of time to file Appellee's brief have been filed.

WHEREFORE, PREMISES CONSIDERED, Appellee BON respectfully requests that this honorable Court grant its motion for extension of time.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**

Deputy Attorney General for Civil
Litigation

**ERNEST C. GARCIA**
Chief, Administrative Law Division

/s/*Kathy Johnson*
**KATHY JOHNSON**
Assistant Attorney General
Texas State Bar No. 24126964
Office of the Attorney General
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4164
Facsimile: (512) 320-0167
kathy.johnson@oag.texas.gov

ATTORNEY FOR APPELLEE
TEXAS BOARD OF NURSING

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Marc Meyer, counsel for Appellant Edith Okechukwu Omietimi, by email on June 16, 2025. Appellant does not oppose the granting of the relief requested in this Motion for Extension of Time.

/s/*Kathy Johnson*
**KATHY JOHNSON**
ASSISTANT ATTORNEY GENERAL

Motion for Extension of Time
Page 3 of 4

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was served on the following counsel of record for Appellant Edith Okechukwu Omietimi by electronic service and/or e-mail on June 25, 2025:

Marc Meyer
SBN 24070266
2300 Woodforest Pkwy
N. Suite 600
Montgomery, TX 77316
Phone: (281) 259-7575
marc@marcmeyerlawfirm.com

ATTORNEY FOR APPELLANT
EDITH OKECHUKWU OMIETIMI

/s/*Kathy Johnson*
**KATHY JOHNSON**
ASSISTANT ATTORNEY GENERAL

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Christian Young on behalf of Kathy Johnson
Bar No. 24126964
christian.young@oag.texas.gov
Envelope ID: 102404197
Filing Code Description: Motion
Filing Description: BON's 1st Unopposed MET re Brief
Status as of 6/25/2025 10:47 AM CST

Associated Case Party: EdithOkechukwuOmietimi

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marc Meyer | | marc@marcmeyerlawfirm.com | 6/25/2025 10:42:23 AM | SENT |
| Sandra Thornton | | sandra@marcmeyerlawfirm.com | 6/25/2025 10:42:23 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Vanderford | 24086670 | jvanderford@gmail.com | 6/25/2025 10:42:23 AM | SENT |
| Katherine Johnson | 24126964 | kathy.johnson@oag.texas.gov | 6/25/2025 10:42:23 AM | SENT |

Associated Case Party: Texas Board of Nursing

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kathy Johnson | | Kathy.Johnson@oag.texas.gov | 6/25/2025 10:42:23 AM | SENT |
| Christian Young | | christian.young@oag.texas.gov | 6/25/2025 10:42:23 AM | SENT |